IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00746-WYD-MEH

ANNA KRISTINA ALLEN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2007.**

    Defendant's unopposed Motion to Vacate the December 3, 2007 Settlement Conference [filed November 26, 2007; doc #16] is **granted**. The Settlement Conference scheduled for December 3, 2007 at 10:00 a.m. is hereby **vacated**. The parties are **ordered** to appear before the Court **on January 4, 2008 at 9:30 a.m.** for a Status Conference, which will include a discussion about a potential settlement conference in light of the Court's belief that all civil cases should have to undergo some attempt at settlement. The parties are directed to submit to the Court a confidential, brief statement analyzing their case, both strengths and weaknesses, **on or before January 2, 2008**.