IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00746-WYD-MEH

ANNA KRISTINA ALLEN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 22, 2008.**

    Defendant's Unopposed Motion to Stay Proceedings [filed January 16, 2008; doc #22] is **granted**. The parties shall file settlement papers with the Court **on or before February 1, 2008**.