IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00746-WYD-MEH

ANNA KRISTINA ALLEN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation for Dismissal with Prejudice, filed January 30, 2008 (docket #26). After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**.

Dated: February 7, 2008

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  U. S. District Judge